Vedder Price (CA), LLP
Brittany A. Sachs, Bar No. 287651
bsachs@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T: +1 415 749 9500
F: +1 415 749 9502

Attorneys for Defendant
AVANT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GARDENHIRE,<br><br>            Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AVANT, LLC; BARCLAYS BANK DELAWARE; CAPITAL ONE BANK (USA), N.A.,<br><br>            Defendants. | Case No. 2:19-CV-00854-WBS-DB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR AVANT, LLC TO RESPOND TO COMPLAINT**<br><br>Stipulation to Extend Time to Respond to Initial Complaint by More Than 28 days (L.R. 144 (a))<br><br>Complaint served: May 23, 2019<br>Current response date: June 12, 2019<br>New response date: July 12, 2019 |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP & PROPOSED ORDER EXTENDING
DEF'S TIME TO RESPOND
[CASE NO. 2:19-CV-00854-WBS-DB]

Defendant Avant, LLC ("Defendant") and Plaintiff Teresa Gardenhire ("Plaintiff"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on May 13, 2019;

WHEREAS, on May 22, 2019, Defendant was served with the Complaint;

WHEREAS, Defendant's response to the Complaint is currently due on June 12, 2019;

WHEREAS, the Parties have agreed to extend the date by which Defendant must respond to the Complaint by answer or any appropriate motion, by thirty (30) days to July 12, 2019;

WHEREAS, Defendant has not previously obtained an extension of time to respond to the Complaint;

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record that Defendant's time to respond to the Complaint is extended by thirty (30) days, to and including, July 12, 2019.

I, Brittany A. Sachs, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 6, 2019　　　　　　　　　　VEDDER PRICE (CA), LLP

By: /s/ Brittany A. Sachs
　　　Brittany A. Sachs

Attorneys for Defendant
AVANT, LLC

Dated: June 6, 2019　　　　　　　　　　THE LAW OFFICES OF JONATHAN A. STIEGLITZ

By: /s/ Jonathon A. Stieglitz (as authorized on June 6, 2019)
　　　Jonathan A. Stieglitz

Attorneys for Plaintiff
TERESA GARDENHIRE

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIP & PROPOSED ORDER EXTENDING
DEF'S TIME TO RESPOND
[CASE NO. 2:19-CV-00854-WBS-DB]

**ORDER**

The Parties having so stipulated, Defendant's time to respond to the Complaint is hereby extended by thirty (30) days, to and including, July 12, 2019.

**IT IS SO ORDERED.**

Dated: June 6, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE