| | |
|---|---|
| Vedder Price (CA), LLP<br>Brittany A. Sachs, Bar No. 287651<br>bsachs@vedderprice.com<br>275 Battery Street, Suite 2464<br>San Francisco, California 94111<br>T: +1 415 749 9500<br>F: +1 415 749 9502<br><br>Attorneys for Defendant<br>AVANT, LLC | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GARDENHIRE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AVANT, LLC; BARCLAYS BANK DELAWARE; CAPITAL ONE BANK (USA), N.A.,<br><br>　　　　　Defendants. | Case No. 2:19-CV-00854-WBS-DB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR AVANT, LLC TO RESPOND TO COMPLAINT**<br><br>Stipulation to Extend Time to Respond to Initial Complaint (L.R. 144 (a))<br><br>Complaint served: May 23, 2019<br>Current response date: July 12, 2019<br>New response date: August 9, 2019 |
Vedder Price (CA), LLP
Attorneys at Law
San Francisco

STIP & PROPOSED ORDER EXTENDING
DEF'S TIME TO RESPOND
[CASE NO. 2:19-CV-00854-WBS-DB]

Defendant Avant, LLC ("Defendant") and Plaintiff Teresa Gardenhire ("Plaintiff"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on May 13, 2019;

WHEREAS, on May 22, 2019, Defendant was served with the Complaint;

WHEREAS, on June 6, 2019, the Defendant filed a Stipulation and Proposed Order Extending Time to Respond to the Complaint (Dkt. # 4);

WHEREAS, on June 6, 2019, the Court entered an order granting Defendant additional time to respond to the Complaint until July 12, 2019;

WHEREAS, Defendant's response to the Complaint is currently due on July 12, 2019;

WHEREAS, the Parties have agreed to extend the date by which Defendant must respond to the Complaint by answer or any appropriate motion, by twenty-eight (28) days to August 9, 2019;

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record that Defendant's time to respond to the Complaint is extended by twenty-eight (28) days, to and including, August 9, 2019.

///
///
////
///
///
///
///
///
///
///
///
///

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIP & PROPOSED ORDER EXTENDING
DEF'S TIME TO RESPOND
[CASE NO. 2:19-CV-00854-WBS-DB]

I, Brittany A. Sachs, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 3, 2019

VEDDER PRICE (CA), LLP

By: /s/ Brittany A. Sachs
    Brittany A. Sachs

Attorneys for Defendant
AVANT, LLC

Dated: July 3, 2019

THE LAW OFFICES OF JONATHAN A. STIEGLITZ

By: /s/ Jonathon A. Stieglitz (as authorized on July 3, 2019)
    Jonathan A. Stieglitz

Attorneys for Plaintiff
TERESA GARDENHIRE

## **ORDER**

The Parties having so stipulated, Defendant's time to respond to the Complaint is hereby extended by twenty-eight (28) days, to and including, August 9, 2019.

**IT IS SO ORDERED.**

**Dated: July 9, 2019**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE