Vedder Price (CA), LLP
Brittany A. Sachs, Bar No. 287651
bsachs@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T: +1 415 749 9500
F: +1 415 749 9502

Vedder Price P.C.
Daniel P. Jackson (*admitted Pro Hac Vice*)
djackson@vedderprice.com
Brian W. Ledebuhr (*admitted Pro Hac Vice*)
bledebuhr@vedderprice.com
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609-7500
F: +1 312 609-5005

Attorneys for Defendant
AVANT, LLC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GARDENHIRE,<br><br>               Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AVANT, LLC; BARCLAYS BANK DELAWARE; CAPITAL ONE BANK (USA), N.A.,<br><br>               Defendants. | Case No. 2:19-CV-00854-WBS-DB<br><br>**ORDER RE NOTICE OF SETTLEMENT BETWEEN PLAINTIFF TERESA GARDENHIRE AND DEFENDANT AVANT, LLC.** |

Pursuant to the Notice of Settlement filed by Defendant, Avant, LLC, the Court hereby vacates all pending deadlines and hearing dates with respect to Defendant Avant, including Defendant Avant's responsive pleading deadline, which is August 9, 2019, and said defendant's participation in the scheduling conference that is currently set for September 16, 2019.

**IT IS SO ORDERED.**

Dated: August 13, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE