Vedder Price (CA), LLP
Brittany A. Sachs, Bar No. 287651
bsachs@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T: +1 415 749 9500
F: +1 415 749 9502

Vedder Price P.C.
Daniel P. Jackson (*admitted Pro Hac Vice*)
djackson@vedderprice.com
Brian W. Ledebuhr (*admitted Pro Hac Vice*)
bledebuhr@vedderprice.com
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609-7500
F: +1 312 609-5005

Attorneys for Defendant
AVANT, LLC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GARDENHIRE,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AVANT, LLC; BARCLAYS BANK DELAWARE; CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendants. | Case No. 2:19-CV-00854-WBS-DB<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENDING THE DEADLINE TO FILE DISPOSITIONAL PAPERS** |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PROPOSED] ORDER RE
DISPOSITIONAL PAPERS
2:19-CV-00854-WBS-DB

Defendant Avant, LLC ("Avant") and Plaintiff Teresa Gardenhire ("Plaintiff"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on May 13, 2019;

WHEREAS, on May 22, 2019, Avant was served with the Complaint;

WHEREAS, on June 6, 2019, Avant filed a Stipulation and Proposed Order Extending Time to Respond to the Complaint (Dkt. #4);

WHEREAS, on June 6, 2019, the Court entered an order granting Avant additional time to respond to the Complaint until July 12, 2019 (Dkt. #6);

WHEREAS, on July 8, 2019, Avant filed a second Stipulation and Proposed Order Extending Time to Respond to the Complaint (Dkt. #15);

WHEREAS, on July 9, 2019, the Court entered an order granting Avant additional time to respond to the Complaint until August 9, 2019 (Dkt. #16);

WHEREAS, on August 8, 2019, Avant filed a Notice of Settlement (Dkt. #23);

WHEREAS, pursuant to the Notice of Settlement, the Parties anticipated the dispositional documents would be filed by August 29, 2019;

WHEREAS, on August 14, 2019, the Court entered an order vacating all pending deadlines and hearing dates with respect to Avant pursuant to the Notice of Settlement (Dkt. #24);

WHEREAS, since filing the Notice of Settlement, the Parties have worked diligently to finalize the Settlement Agreement;

WHEREAS, Plaintiff's counsel experienced difficulty obtaining documents necessary for the settlement agreement and the Parties had to re-execute said Agreement;

WHEREAS, the Parties have fully executed the Settlement Agreement and payment is being tendered pursuant to the Agreement today;

WHEREAS, pursuant to the terms of the Settlement Agreement, upon receipt of the payment, Plaintiffs have seven days to file a notice of dismissal with the Court;

WHEREAS, in light of the foregoing, the Parties respectfully request additional time to file the disposition documents in this case and seek an extension until September 9, 2019;

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIP AND [PROPOSED] ORDER RE
DISPOSITIONAL PAPERS
2:19-CV-00854-WBS-DB

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record, that dispositional documents will be filed by **September 9, 2019**, or a joint status report if the case has not been dismissed by that date. The Scheduling Conference is continued to **September 30, 2019 at 1:30 p.m.** pending submission of the stipulated dismissal.

Dated: August 29, 2019          VEDDER PRICE (CA), LLP


By: /s/ Brittany A. Sachs
    Brittany A. Sachs

Attorneys for Defendant
AVANT, LLC.

Dated: August 29, 2019          THE LAW OFFICES OF JONATHAN A. STIEGLITZ


By: /s/ Jonathon A. Stieglitz (as authorized on August 29, 2019)
    Jonathan A. Stieglitz

Attorneys for Plaintiff
TERESA GARDENHIRE

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

STIP AND [PROPOSED] ORDER RE
DISPOSITIONAL PAPERS
2:19-CV-00854-WBS-DB

## ORDER

The Parties having so stipulated, the deadline to file dispositional documents in this case is hereby extended to and including, September 9, 2019.

**IT IS SO ORDERED.**

Dated: August 30, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -

STIP AND [PROPOSED] ORDER RE
DISPOSITIONAL PAPERS
2:19-CV-00854-WBS-DB