Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GARDENHIRE<br><br>               Plaintiff,<br><br>-against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AVANT, LLC; BARCLAYS BANK DELAWARE; CAPITAL ONE BANK (USA), N.A.,<br><br>               Defendant. | Case No.: 2:19-cv-854<br><br>**Hon. William B. SHUBB**<br><br>**ORDER FOR CASE DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC**<br><br><br>Complaint Filed: 5/13/2019 |

THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal With Prejudice, and being fully advised in the premises, DOES HEREBY ORDER, that the party is dismissed with prejudice with each party to bear their respective costs and fees

BY THE COURT:

**Dated: February 11, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE