UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GARDENHIRE, | Case No.: 2:19-cv-00854-WBS-DB |
| Plaintiff, | |
| vs. | **ORDER DISMISSING COMPLAINT WITH PREJUDICE AS TO BARCLAYS BANK DELAWARE** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AVANT, LLC; BARCLAYS BANK DELAWARE; CAPITAL ONE BANK (USA) N.A., | Complaint Filed:    May 23, 2019 |
| Defendants. | |

Case No.: 2:19-cv-00854-WBS-DB

[PROPOSED] ORDER

Upon consideration of Plaintiff Teresa Gardenhire ("Plaintiff") and Defendant Barclays Bank Delaware's ("Barclays") Joint Stipulation for Dismissal With Prejudice as to Barclays, and with good cause shown therefore, **IT IS HEREBY ORDERED** that:

The above-entitled action and all claims asserted in the action by Plaintiff against Barclays are **DISMISSED WITH PREJUDICE**, with each party bearing its own fees and costs.

**IT IS SO ORDERED.**

Dated: May 22, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE