1  
2  Jonathan A. Stieglitz, Esq.  
   (SBN 278028)  
3  jonathan.a.stieglitz@gmail.com  
   THE LAW OFFICES OF  
4  JONATHAN A. STIEGLITZ  
   11845 W. Olympic Blvd., Suite 800  
5  Los Angeles, California 90064  
   Telephone: (323) 979-2063  
6  Facsimile: (323) 488-6748  
   Attorney for Plaintiff  
7  
8  

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GARDENHIRE | Case No.: 2:19-cv-854 |
| Plaintiff, | |
| -against- | **Hon. William B. SHUBB** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AVANT, LLC; BARCLAYS BANK DELAWARE; CAPITAL ONE BANK (USA), N.A., | **ORDER FOR CASE DISMISSAL WITH PREJUDICE AS TO CAPITAL ONE BANK (USA), N.A.** |
| Defendant. | |
| | Complaint Filed: 5/13/2019 |

THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal With Prejudice, and being fully advised in the premises, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice as against defendant Capital One Bank (USA), N.A, with each party to bear its own respective costs and fees.

Dated: December 1, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE